IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CV-2-D

| | |
|---|---|
| VALENCELL, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| FITBIT, INC., | ) |
| Defendant. | ) |

This case comes before the court on a joint motion (D.E. 76) by the parties to allow participation of counsel by telephone for the status conference scheduled for Thursday, 23 March 2017, at 2:00 p.m. in the Sixth Floor Courtroom of the Terry Sanford Federal Building and Courthouse, 310 New Bern Avenue, Raleigh, North Carolina. Good cause having been shown, the motion is ALLOWED, and counsel may appear by telephone. Counsel shall contact Deputy Clerk Bobbie Horton no later than noon on Thursday, 23 March 2017, at (919) 645-1774 to provide a telephone number at which each can be reached.

SO ORDERED, this 21 day of March 2017.

James E. Gates
United States Magistrate Judge