UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VALENCELL, INC.,<br><br>      Plaintiff and Counterclaim Defendant,<br>vs.<br><br>FITBIT LLC,<br><br>      Defendant and Counterclaimant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:16-CV-2-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's consent motion for extension of time [D.E. 151] and GRANTS IN PART defendant's motion for costs [D.E. 148]. The court taxes costs against plaintiff in the amount of $27,866.10.

This Judgment filed and entered on March 10, 2025, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

March 10, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk